IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-103-RJC-DCK

| | |
|---|---|
| **HUSQVARNA, AB,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **THE TORO COMPANY,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by David M. Wilkerson, concerning Anthony R. Zeuli on July 17, 2014. Mr. Anthony R. Zeuli seeks to appear as counsel *pro hac vice* for Defendant The Toro Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Anthony R. Zeuli is hereby admitted *pro hac vice* to represent Defendant The Toro Company.

**SO ORDERED**.

Signed: July 17, 2014

David C. Keesler
United States Magistrate Judge