IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:14-CV-103-RJC-DCK

| | |
|---|---|
| **HUSQVARNA, AB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| **THE TORO COMPANY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) filed by David M. Wilkerson, concerning Michael A. Erbele on October 14, 2014.  Mr. Michael A. Erbele seeks to appear as counsel *pro hac vice* for Defendant The Toro Company.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) is **GRANTED.**  Mr. Michael A. Erbele is hereby admitted *pro hac vice* to represent Defendant The Toro Company.

**SO ORDERED**.

Signed: October 14, 2014

David C. Keesler
United States Magistrate Judge