## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Husqvarna Ab,                                   Civil No. 15-3204 (DWF/SER)

          Plaintiff,

v.                                               **ORDER FOR DISMISSAL**
                                                           **WITH PREJUDICE**

The Toro Company,

          Defendant.

Based upon the Notice of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed by the Plaintiff on April 24, 2018, (Doc. No. [80]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  April 25, 2018                s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge